Paul F. Clark (PC 2633)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

Attorneys for Defendants: HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West Street Company, L.P.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)
08CV02680 (AKH)

--------------------------------------------------------------------X

VALENTINI PAREDES
(AND WIFE, ORFILIA PAREDES),

**NOTICE OF**
**APPEARANCE**

                    Plaintiff,

-against-


HMC CAPITAL RESOURCES CORP. ET. AL.,


                    Defendants.
--------------------------------------------------------------------X

To:  The Clerk of the Court and All Parties of Record

        Please enter the appearance of the undersigned as counsel of record for defendants

HMC Capital Resources LLC, Marriott Hotel Services, Inc. and MK West Street

Company, L.P.

        The undersigned certifies that he is admitted to practice before this Court.

Dated:  New York, New York
        May 30, 2008

                                        WADE CLARK MULCAHY
                                        /s/

                                        _____
                                        By: Paul F. Clark (PC 2633)
                                        Attorneys for HMC Capital Resources LLC,
                                        Marriott Hotel Services, Inc. and MK West
                                        Street Company, L.P.
                                        111 Broadway, 9th Floor
                                        New York, New York 10006
                                        (212) 267-1900

STATE OF NEW YORK      )
COUNTY OF NEW YORK   ) ss:

T. Coreentje Phipps, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York, New York.

That on May 30, 2008, deponent served the within **Notice of Appearance** upon the attorneys and parties listed below by electronic mail:

TO:

| | |
|---|---|
| Gregory J. Cannata, Esq. | Robert Grochow, Esq. |
| THE LAW FIRM OF GREGORY J. CANNATA | ROBERT A. GROCHOW, P.C. |
| Plaintiff's Liaison Counsel | Plaintiff's Liaison Counsel |
| 233 Broadway | 233 Broadway |
| New York, NY 10279 | New York, NY 10279 |
| | |
| David Worby, Esq. | James E. Tyrrell, Jr., Esq. |
| WORBY GRONER EDELMAN & NAPOLI BERN, LLP | PATTON BOGGS LLP |
| Plaintiff's Liaison Counsel | Defendants' Liasion Counsel |
| 115 Broadway | The Legal Center |
| New York, NY 10006 | One Riverfront Plaza |
| | Newark, NJ  07102 |
| | |
| Richard Williamson, Esq. | WILSON ELSER, ET AL |
| FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP | Attorneys for Battery Park City Authority |
| Defendants' Liaison Counsel | 3 Gannett Drive |
| One Liberty Plaza | White Plains, NY 10604 |
| New York, NY 10006 | |
| | |
| ESCHEN, FRENKLE & WEISMAN, LLP | ESCHEN, FRENKLE & WEISMAN, LLP |
| Attorneys for Lionshead Development, LLC | Attorneys for Lionshead 110 Development, LLC |
| 20 West Main Street | 20 West Main Street |
| Bay Shore, NY 11706 | Bay Shore, NY 11706 |

DICKSTEIN   SHAPIRO   MORIN   &
OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/

_____
T. Coreentje Phipps

Sworn to before me this
30th day of May 2008

/s/

_____
Paul F. Clark