Paul F. Clark (PC 2633)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants: HMC Capital Resources LLC,
Marriott Hotel Services, Inc. and MK West Street Company, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)
                                                  08CV02680 (AKH)
-----------------------------------------------------------------------X
VALENTIN PAREDES (AND WIFE ORFILIA PAREDES),

                                   Plaintiff,       **NOTICE OF ADOPTION OF AMENDED ANSWER TO MASTER COMPLAINT**

-against-

HMC CAPITAL RESOURCES CORP. ET. AL.,

                                   Defendants.
-----------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT defendant HMC CAPITAL RESOURCES LLC, MARRIOTT HOTEL SERVICES, INC. and MK WEST STREET COMPANY, L.P., hereby adopt the Amended Answer to Master Complaint, dated May 30, 2008, that was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, HMC CAPITAL RESOURCES LLC, MARRIOTT HOTEL SERVICES, INC. and MK WEST STREET COMPANY, L.P., demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:   New York, New York
         May 30, 2008

        WADE CLARK MULCAHY

        /s/

        _____
        By: Paul F. Clark (PC 2633)
        Attorneys for HMC Capital Resources LLC,
        Marriott Hotel Services, Inc. and MK West
        Street Company, L.P.
        111 Broadway, 9th Floor
        New York, New York 10006
        (212) 267-1900

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

T. Coreentje Phipps, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York, New York.

That on May 30, 2008, deponent served the within **Notice of Adoption of Amended Answer to Master Complaint** upon the attorneys and parties listed below by electronic mail:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J. CANNATA
Plaintiff's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiff's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Plaintiff's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development, LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development, LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/
_____
T. Coreentje Phipps

Sworn to before me this
30th day of May 2008

/s/
_____
Paul F. Clark